UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DORA LOPEZ, ) <br> ) <br> Defendant. ) | Case No. CR09-208-RAJ <br><br> **PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on September 21, 2009. The defendant appeared pursuant to a warrant issued in this case. Defendant indicated her true name is Dora Gonzales Lopez. The United States was represented by Douglas Whalley, and defendant was represented by Dennis Carroll. Also present was U.S. Probation Officer Lorraine Bolle. The proceedings were digitally recorded.

SENTENCE AND PRIOR ACTION

Defendant was sentenced on February 22, 2007 by the Honorable David C. Bury, United States District Judge, District of Arizona, for Transporting of Illegal Aliens. She received 2 years of imprisonment and 5 years of supervised release. On June 29, 2009, the transfer of jurisdiction for the defendant was signed by the Honorable James L. Robart in the Western

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE- 1

District of Washington.

## PRESENTLY ALLEGED VIOLATIONS

In a petition dated September 18, 2009, Senior U.S. Probation Officer Steven R. Gregoryk alleged that defendant violated the following conditions of supervised release:

1. Failing to follow the instructions of the probation officer on September 16, 2009, and September 17, 2009, in violation of standard condition 4.

2. Failing to participate in a mental health program, in violation of the special condition of supervision which requires the defendant to participate in a mental health program which may include taking prescribed medications.

## DEFENDANT'S ADMISSION OF THE VIOLATION

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing October 1, 2009 at 3:00 p.m. before District Judge Richard A. Jones.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 21st day of September, 2009.

BRIAN A. TSUCHIDA
United States Magistrate Judge